# United States Bankruptcy Court
## District of Puerto Rico

In re __Víctor Rodríguez García & Lydia R Rivera Rivera__     Case No. __22-02758__

Debtor(s)     Chapter __13__

# FIRST AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

***Schedule D & Schedule E/F:*** Only to effects of completeness in one single document of creditors with the omitted and referenced exhibit of CESCO traffic fines inadvertently omitted in initial filing of the petition.

***Summary of Assets & Liabilities:*** Corresponding statistical information.

***Declaration About an Individual Debtor's Schedules***

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above does not affect creditors as such and not additional notice is given herein. Copy will be served by USPS regular mail to: DTOP Div Motor Vehicles PO Box 41269 San Juan PR 00940-1269, Attention CESCO Traffic Fines to the only effects of attaching Exhibit of Fines referenced in original filing, but inadvertently omitted attaching.

Date: __October 11, 2022__

/s/ Lyssette A. Morales
**Lyssette A. Morales**
Attorney for Debtor(s)
*L A Morales & Associates P.S.C.*
*Urb Villa Blanca*
*76 Aquamarina*
*Caguas, PR 00725-1908*
*787-746-2434 Fax:855-298-2515*
lamoraleslawoffice@gmail.com

| Debtor 1 | **Victor** | | **Rodriguez Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lydia** | **Raquel** | **Rivera Rivera** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number **22-02758-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** AEELA
Creditor's Name

P O Box Box Box 364508
Number          Street

San Juan, PR 00936-4508
City          State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

AEELA shares & deposits
Health Dept University Children's Hosp ELA
Pension

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 6 4 1 0

Column A: $29,891.00     Column B: $70,756.67     Column C: $0.00

> **Remarks:** Shares & deposits to be surrendered in the amount of $21,747.71
> US segun claim #6 = $8,143.67

| Add the dollar value of your entries in Column A on this page. Write that number here: | $29,891.00 |
|---|---|

Debtor 1 **Victor** **Rodriguez Garcia**
Debtor 2 **Lydia** **Raquel** **Rivera Rivera**
First Name Middle Name Last Name

Case number *(if known)* 22-02758-13

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2** BPPR
Creditor's Name

TeleBanco Popular (772)

PO Box 362708
Number          Street

San Juan, PR 00936-2708
City                    State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
11/10/1999

**Describe the property that secures the claim:**

G 5 Calle Ampola El Encanto Juncos, PR 00777

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 9 9 2 7

Column A: $47,167.63  Column B: $84,000.00  Column C: $0.00

---

**2.2** BPPR (arrearage)
Creditor's Name

TeleBanco Popular (772)

PO Box 362708
Number          Street

San Juan, PR 00936-2708
City                    State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
11/10/1999

**Describe the property that secures the claim:**

G 5 Calle Ampola El Encanto Juncos, PR 00777

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 9 9 2 7

Column A: $2,482.00  Column B: $84,000.00  Column C: $0.00

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $47,167.63 |
|---|---|

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.3**   Oriental Financial Group

Creditor's Name

Bankruptcy

PO Box 195115

Number   Street

San Juan, PR 00919-5115

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
6/16/2018

**Describe the property that secures the claim:**

2018 Hyundai Kona

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 0 0 0 1

Amount of claim: $16,614.17    Value of collateral: $13,589.00    Unsecured portion: $3,025.17

> **Remarks:** Maturity date Security Agreeent 6/2025 Ins will be extended w/ Eastern Ins Co.

---

**2.3**   Oriental Financial Group (arrearage)

Creditor's Name

Bankruptcy

PO Box 195115

Number   Street

San Juan, PR 00919-5115

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
6/16/2018

**Describe the property that secures the claim:**

2018 Hyundai Kona

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 0 0 0 1

Amount of claim: $1,939.00    Value of collateral: $13,589.00    Unsecured portion: $0.00

> **Remarks:** Maturity date Security Agreeent 6/2025 Ins will be extended w/ Eastern Ins Co.

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $16,614.17 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $93,672.80 |

Fill in this information to identify your case:

| Debtor 1 | VICTOR | | RODRIGUEZ GARCIA | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | LYDIA | RAQUEL | RIVERA RIVERA | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number **22-02758-13**
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

<h2 style="background:black;color:white">Part 1:</h2> List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **CRIM**
Priority Creditor's Name

**BANKRUPTCY DIV.**

**PO BOX 195387**
Number     Street

**SAN JUAN, PR 00919-5387**
City               State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: FOR DISCLOSURE PURPOSES ONLY

Last 4 digits of account number **6410**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim **$0.00**     Priority amount **$0.00**     Nonpriority amount **$0.00**

**Part 1:** Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.2

**ELA DEPT OF TREASURY**
Priority Creditor's Name

**BANKRUPTCY DIV #4248**

**PO BOX 9024140**
Number          Street

**SAN JUAN, PR 00902-4140**
City                State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: $24.11 IN INTEREST & SURCHARGES UNSECURED & NOT PRIORITY; $229.81 ARE FOR NON-PRIORITY TAX YEARS OF 2015 & 2016

Last 4 digits of account number **4640**

**When was the debt incurred?**
**2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Total claim:** $344.92  **Priority amount:** $115.11  **Nonpriority amount:** $229.81

### 2.3

**ELA DEPT OF TREASURY**
Priority Creditor's Name

**BANKRUPTCY DIV #4248**

**PO BOX 9024140**
Number          Street

**SAN JUAN, PR 00902-4140**
City                State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: P $1,218.71 INT R/C $229.94

Last 4 digits of account number **6410**

**When was the debt incurred?**
**2019-2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Total claim:** $1,798.72  **Priority amount:** $1,798.72  **Nonpriority amount:** $0.00

### 2.4

**IRS**
Priority Creditor's Name

**PO BOX 7346**
Number          Street

**PHILADELPHIA, PA 19101-7346**
City                State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: FOR DISCLOSURE PURPOSES ONLY

Last 4 digits of account number **6410**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Total claim:** $0.00  **Priority amount:** $0.00  **Nonpriority amount:** $0.00

**Part 1:** Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.5 | **LA MORALES & ASSOCIATES P.S.C.** | | | $7,000.00 | $7,000.00 | $0.00 |
|---|---|

Priority Creditor's Name

**URB VILLA BLANCA**

**76 CALLE AQUAMARINA**

Number        Street

**CAGUAS, PR 00725**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**

_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify
**ATTORNEY FEES**

| Debtor 1 | **VICTOR** | | **RODRIGUEZ GARCIA** | | |
|---|---|---|---|---|---|
| Debtor 2 | **LYDIA** | **RAQUEL** | **RIVERA RIVERA** | Case number *(if known)* | **22-02758-13** |
| | First Name | Middle Name | Last Name | | |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|

**4.1** **AAA**

Nonpriority Creditor's Name

**PO BOX 70101**

Number      Street

**SAN JUAN, PR 00936-8101**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **3245**

**When was the debt incurred?**   **2017 - 2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **AQUEDUCT WATER**

**$1,697.00**

---

**4.2** **BPPR**

Nonpriority Creditor's Name

**BANKRUPTCY**

**P.O. BOX 362708**

Number      Street

**SAN JUAN, PR 00936-2708**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **0002**

**When was the debt incurred?**   **12/07/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **MONEY LOANED**

**$2,221.00**

---

**4.3** **CAPITAL ONE/WALMART**

Nonpriority Creditor's Name

**BANKRUPTCY**

**PO BOX 30285**

Number      Street

**SALT LAKE CITY, UT 84130-0285**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **7181**

**When was the debt incurred?**   **08/01/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **CHARGEACCOUNT**

**$400.00**

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page | **Total claim** |
|---|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

---

| **4.4** | **DTOP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**DIV MOTOR VEHICLES**

**PO BOX 41269**

Number        Street

**SAN JUAN, PR 00940-1269**

City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** FINES $865 AUTOEXPRESS $55.25 =$920.25 SEE ATTACHED REPORT ISSUED BY DTOP 9/11/2022 ADD'L 8/17/2022 = $500 90299032323/90299032324 /90299032325/902999032326 ADD'L 2/21/2022 = $510 90009007296/90009007297/90009007298

**Last 4 digits of account number 752**

**When was the debt incurred?**        **04/04/2021 -08/17/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **TRAFFIC FINES**

**$1,930.25**

---

| **4.5** | **FORTIVA** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**BANKRUPTCY**

**PO BOX 105555**

Number        Street

**ATLANTA, GA 30348-5555**

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number 3132**

**When was the debt incurred?        07/01/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **CREDITCARD**

**$2,267.00**

---

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.6**

**ISLAND FINANCE**
Nonpriority Creditor's Name

**BANKRUPTCY**

**PO BOX 71504**
Number        Street

**SAN JUAN, PR 00936**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: RE ACE ONE FUND LLC

**Last 4 digits of account number  9428**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **MONEY LOANED**

$3,282.88

---

**4.7**

**LUMA**
Nonpriority Creditor's Name

**PO BOX 363508**
Number        Street

**SAN JUAN, PR 00936-3508**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  1000**

**When was the debt incurred?  2017-2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **ELECTRICITY**

$1,212.00

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.8**

**MIDLAND FUND**
Nonpriority Creditor's Name

**BANKRUPTCY**

**350 CAMINO DE LA REINA STE 100**
Number          Street

**SAN DIEGO, CA 92108-3007**
City                    State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **7808**

**When was the debt incurred?** **05/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **FACTORINGCOMPANYACCOUNT**

**$315.00**

---

**4.9**

**MIDLAND FUNDING, LLC**
Nonpriority Creditor's Name

**BANKRUPTCY**

**P O BOX 939069**
Number          Street

**SAN DIEGO, CA 92193-9069**
City                    State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **2445**

**When was the debt incurred?** **03/01/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **FACTORINGCOMPANYACCOUNT**

**$1,318.00**

---

**4.10**

**PORTFOLIO RECOVERY ASSOC**
Nonpriority Creditor's Name

**BANKRUPTCY**

**120 CORPORATE BLVD BANKRUPTCY**
Number          Street

**NORFOLK, VA 23502-4952**
City                    State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **4430**

**When was the debt incurred?** **08/01/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **FACTORINGCOMPANYACCOUNT**

**$806.00**

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

---

**4.11**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
Nonpriority Creditor's Name

**BANKRUPTCY**

**120 CORPORATE BLVD BANKRUPTCY**
Number          Street

**NORFOLK, VA 23502-4952**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **4663**

**When was the debt incurred?**   **06/18/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **UNKNOWNLOANTYPE**

**$3,478.00**

---

**4.12**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
Nonpriority Creditor's Name

**BANKRUPTCY**

**120 CORPORATE BLVD BANKRUPTCY**
Number          Street

**NORFOLK, VA 23502-4952**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **5656**

**When was the debt incurred?**   **06/01/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **FACTORINGCOMPANYACCOUNT**

**$795.00**

---

**4.13**

**PREFERRED HOME SERVICES**
Nonpriority Creditor's Name

**P O BOX BOX 4069**
Number          Street

**BAYAMON, PR 00958-1069**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **2G05**

**When was the debt incurred?**   **2020-2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **HOA**

**$1,133.33**

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.14**

**SYNCHRONY/ OLD NAVY**
Nonpriority Creditor's Name

**BANKRUPTCY**

**P.O. BOX 965060**
Number          Street

**ORLANDO, FL 32896-5060**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$397.00

Last 4 digits of account number  **6063**

**When was the debt incurred?**   **08/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **CHARGEACCOUNT**

---

**4.15**

**SYNCHRONY/JC PENNEY**
Nonpriority Creditor's Name

**BANKRUPTCY**

**P O BOX 965064**
Number          Street

**ORLANDO, FL 32896-5060**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$756.00

Last 4 digits of account number  **4293**

**When was the debt incurred?**   **08/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **CHARGEACCOUNT**

---

| Debtor 1 | **VICTOR** | | **RODRIGUEZ GARCIA** | |
|---|---|---|---|---|
| Debtor 2 | **LYDIA** | **RAQUEL** | **RIVERA RIVERA** | Case number *(if known)* **22-02758-13** |
| | First Name | Middle Name | Last Name | |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**ACE ONE FUNDING LLC**
Name

**C/O RODRIGUEZ FERNANDEZ LAW**
**P O BOX BOX BOX 71418**
Number          Street

**SAN JUAN, PR 00936-8518**
City                              State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.6** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 9428**

---

**IFC**
Name

**P.O. BOX 195369**
Number          Street

**SAN JUAN, PR 00919-5369**
City                              State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.6** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 9428**

---

Name

Number          Street

City                              State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $2,143.64 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $7,000.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $9,143.64 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $22,008.46 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $22,008.46 |

| Debtor 1 | **Victor** | | **Rodriguez Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lydia** | **Raquel** | **Rivera Rivera** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number    **22-02758-13**
(if known)

❑ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | $84,000.00

1b. Copy line 62, Total personal property, from *Schedule A/B*....................................... | $121,646.67

1c. Copy line 63, Total of all property on *Schedule A/B*................................................. | $205,646.67

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $93,672.80

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $9,143.64

3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $22,008.46

**Your total liabilities** | $124,824.90

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | $2,726.75

5. *Schedule J: Your Expenses* (Official Form 106J)

Copy your monthly expenses from line 22c of *Schedule J*.............................................................. | $2,176.72

| Debtor 1 | **Victor** | | **Rodriguez Garcia** | |
|----------|------------|--|----------------------|--|
| Debtor 2 | **Lydia** | **Raquel** | **Rivera Rivera** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 22-02758-13

---

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $2,297.76

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|--|-------------|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $2,143.64 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $2,143.64 |

| Debtor 1 | **Victor** | | **Rodriguez Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lydia** | **Raquel** | **Rivera Rivera** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number **22-02758-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Victor Rodriguez Garcia
Victor Rodriguez Garcia, Debtor 1

X /s/ Lydia Raquel Rivera Rivera
Lydia Raquel Rivera Rivera, Debtor 2

Date 10/11/2022
MM/ DD/ YYYY

Date 10/11/2022
MM/ DD/ YYYY

**DTOP-DIS-236**
Rev. 08/2010

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
División de Vehículos de Motor



## REPORTE DE MULTAS ADMINISTRATIVAS
## AL VEHÍCULO DE MOTOR Y ARRASTRE

**Tabilla:** JBP752
**Descripción:** 2018 HYUNDAI KONA SE AZUL CLARO
**Identificació** ssid: XXX-XX-4640
**Nombre:** RODRIGUEZ GARCIA, VICTOR

| Tabilla | Número Registració | Núm. de Boleto | Fecha de Multa | Municipio | Cantidad | Fecha de Transacción | Num. de Lote |
|---------|-------------------|----------------|----------------|-----------|----------|---------------------|--------------|
| JBP752 | 9029903232 | 17 ago 2022 | CAROLINA | $ 100.00 L | 17 ago 2022 | 0 |
| JBP752 | 116718052 | 18 mar 2022 | SAN JUAN | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116609137 | 14 mar 2022 | CAGUAS | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116609136 | 14 mar 2022 | SAN JUAN | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116609133 | 13 mar 2022 | CAGUAS | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116609134 | 13 mar 2022 | SAN JUAN | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116448580 | 10 mar 2022 | SAN JUAN | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116448577 | 09 mar 2022 | SAN JUAN | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116349936 | 08 mar 2022 | SAN JUAN | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116232809 | 03 mar 2022 | SAN JUAN | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 116232806 | 02 mar 2022 | CAGUAS | $ 15.00 E | 11 jul 2022 | 0 |
| JBP752 | 115856312 | 22 feb 2022 | SAN JUAN | $ 15.00 E | 06 jul 2022 | 0 |
| JBP752 | 115755733 | 19 feb 2022 | CAGUAS | $ 15.00 E | 07 jul 2022 | 0 |
| JBP752 | 115620164 | 15 feb 2022 | SAN JUAN | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115394935 | 13 feb 2022 | CAGUAS | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115502428 | 12 feb 2022 | CAGUAS | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115325390 | 11 feb 2022 | SAN JUAN | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115270766 | 10 feb 2022 | SAN JUAN | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115502427 | 09 feb 2022 | SAN JUAN | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115270764 | 09 feb 2022 | SAN JUAN | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 114973946 | 03 feb 2022 | SAN JUAN | $ 15.00 E | 14 abr 2022 | 0 |
| JBP752 | 114915532 | 01 feb 2022 | SAN JUAN | $ 15.00 E | 12 abr 2022 | 0 |
| JBP752 | 114503809 | 20 ene 2022 | SAN JUAN | $ 15.00 E | 31 mar 2022 | 0 |
| JBP752 | 114435595 | 17 ene 2022 | CAGUAS | $ 15.00 E | 30 mar 2022 | 0 |
| JBP752 | 114435594 | 16 ene 2022 | CAGUAS | $ 15.00 E | 30 mar 2022 | 0 |
| JBP752 | 115502426 | 12 ene 2022 | SAN JUAN | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115502425 | 06 ene 2022 | HUMACAO | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 114068784 | 02 ene 2022 | CAGUAS | $ 15.00 E | 16 mar 2022 | 0 |
| JBP752 | 115502424 | 02 ene 2022 | CAGUAS | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | 115502423 | 01 ene 2022 | HUMACAO | $ 15.00 E | 14 jun 2022 | 0 |

| Tabilla | Número Registració | Núm. de Boleto | Fecha de Multa | Municipio | Cantidad | Fecha de Transacción | Num. de Lote |
|---------|--------------------|-----------------|-----------------|-----------|----------|----------------------|--------------|
| JBP752 | | 113972707 | 29 dic 2021 | CAGUAS | $ 15.00 E | 14 mar 2022 | 0 |
| JBP752 | | 113754744 | 24 dic 2021 | CAGUAS | $ 15.00 E | 08 mar 2022 | 0 |
| JBP752 | | 113710173 | 23 dic 2021 | CAGUAS | $ 15.00 E | 07 mar 2022 | 0 |
| JBP752 | | 113537059 | 19 dic 2021 | CAGUAS | $ 15.00 E | 03 mar 2022 | 0 |
| JBP752 | | 115394934 | 19 dic 2021 | SAN JUAN | $ 15.00 E | 14 jun 2022 | 0 |
| JBP752 | | 113537058 | 18 dic 2021 | CAGUAS | $ 15.00 E | 02 mar 2022 | 0 |
| JBP752 | | 111804694 | 12 nov 2021 | SAN JUAN | $ 15.00 E | 18 ene 2022 | 0 |
| JBP752 | | 111610306 | 09 nov 2021 | SAN JUAN | $ 15.00 E | 13 ene 2022 | 0 |
| JBP752 | | 111853936 | 08 nov 2021 | SAN JUAN | $ 15.00 E | 11 ene 2022 | 0 |
| JBP752 | | 111751222 | 06 nov 2021 | CAGUAS | $ 15.00 E | 10 ene 2022 | 0 |
| JBP752 | | 111751223 | 06 nov 2021 | CAGUAS | $ 15.00 E | 10 ene 2022 | 0 |
| JBP752 | | 109411256 | 28 sep 2021 | SAN JUAN | $ 15.00 E | 23 nov 2021 | 0 |
| JBP752 | | 109193062 | 24 sep 2021 | SAN JUAN | $ 15.00 E | 22 nov 2021 | 0 |
| JBP752 | | 109193059 | 23 sep 2021 | SAN JUAN | $ 15.00 E | 18 nov 2021 | 0 |
| JBP752 | | 109193056 | 22 sep 2021 | SAN JUAN | $ 15.00 E | 18 nov 2021 | 0 |
| JBP752 | | 108316049 | 08 sep 2021 | CAROLINA | $ 15.00 E | 02 nov 2021 | 0 |
| JBP752 | | 108316046 | 07 sep 2021 | CAGUAS | $ 15.00 E | 01 nov 2021 | 0 |
| JBP752 | | 108034539 | 02 sep 2021 | SAN JUAN | $ 15.00 E | 28 oct 2021 | 0 |
| JBP752 | | 104899956 | 21 jul 2021 | CAGUAS | $ 15.00 E | 16 sep 2021 | 0 |
| JBP752 | | 104899951 | 17 jul 2021 | CAGUAS | $ 15.00 E | 15 sep 2021 | 0 |
| JBP752 | | 104899950 | 15 jul 2021 | CAROLINA | $ 15.00 E | 15 sep 2021 | 0 |
| JBP752 | | 104899949 | 15 jul 2021 | CAROLINA | $ 15.00 E | 15 sep 2021 | 0 |
| JBP752 | | 102127206 | 17 jun 2021 | SAN JUAN | $ 0.00 E | 13 ago 2021 | 0 |
| JBP752 | | 102127204 | 08 jun 2021 | CAGUAS | $ 0.00 E | 11 ago 2021 | 0 |
| JBP752 | | 101894185 | 05 jun 2021 | CAGUAS | $ 0.00 E | 09 ago 2021 | 0 |
| JBP752 | | 100584880 | 22 may 2021 | CAGUAS | $ 0.00 E | 22 jul 2021 | 0 |
| JBP752 | | 98189065 | 28 abr 2021 | CAGUAS | $ 0.00 E | 29 jun 2021 | 0 |

Total de Multas: 57 multas

Cantidad Total: $ 865.00

## Detalle de Cargos de Peaje

| Núm. de Boleto | Cantidad de Peaje |
|----------------|-------------------|
| 116718052 | $ 0.35 |
| 116609137 | $ 1.50 |
| 116609136 | $ 0.35 |
| 116609133 | $ 1.50 |
| 116609134 | $ 0.35 |
| 116448580 | $ 0.35 |
| 116448577 | $ 0.35 |
| 116349936 | $ 0.35 |
| 116232809 | $ 0.35 |

## Detalle de Cargos de Peaje

| Núm. de Boleto | Cantidad de Peaje |
|---|---|
| 116232806 | $ 1.50 |
| 115856312 | $ 0.35 |
| 115755733 | $ 1.50 |
| 115620164 | $ 0.35 |
| 115394935 | $ 1.50 |
| 115502428 | $ 1.50 |
| 115325390 | $ 0.35 |
| 115270766 | $ 0.35 |
| 115502427 | $ 0.35 |
| 115270764 | $ 0.35 |
| 114973946 | $ 0.35 |
| 114915532 | $ 0.35 |
| 114503809 | $ 0.35 |
| 114435595 | $ 1.50 |
| 114435594 | $ 1.50 |
| 115502426 | $ 0.35 |
| 115502425 | $ 1.00 |
| 114068784 | $ 1.50 |
| 115502424 | $ 1.50 |
| 115502423 | $ 1.00 |
| 113972707 | $ 1.50 |
| 113754744 | $ 1.50 |
| 113710173 | $ 1.50 |
| 113537059 | $ 1.50 |
| 115394934 | $ 0.35 |
| 113537058 | $ 1.50 |
| 111804694 | $ 0.35 |
| 111610306 | $ 0.35 |
| 111853936 | $ 3.65 |
| 111751222 | $ 1.50 |
| 111751223 | $ 1.50 |
| 109411256 | $ 0.35 |
| 109193062 | $ 0.35 |
| 109193059 | $ 0.35 |
| 109193056 | $ 0.35 |
| 108316049 | $ 1.50 |
| 108316046 | $ 1.50 |
| 108034539 | $ 0.35 |
| 104899956 | $ 1.50 |
| 104899951 | $ 1.50 |
| 104899950 | $ 1.50 |
| 104899949 | $ 1.50 |
| 102127206 | $ 0.35 |
| 102127204 | $ 1.50 |
| 101894185 | $ 1.50 |
| 100584880 | $ 1.50 |

## Detalle de Cargos de Peaje

| Núm. de Boleto | Cantidad de Peaje |
|---|---|
| 98189065 | $ 1.50 |

Total Cargos de Peaje: $ 55.25

**Total Global:** $ 920.25

Este informe es de las multas
informadas a DISCO hasta
el momento de ser impreso.
Esta relación de multas
no incluye recargos ni penalidades
dispuestos por la ley 22-2000.

Las multas en este informe NO
han sido pagadas.

De existir boletos pendientes
de grabar, estos aparecerán en

Cuando las multas hayan sido
pagadas, un agente del
Departamento de Hacienda:

- Anotará la fecha y la
  cantidad pagada
- Aplicará su firma
- Estamapará el Sello Oficial



Hora: 4:13 PM

Cantidad:

Fecha: 11 sep 2022